**SEALED**  **FILED**

FEB 0 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:12-MJ-0034 CKD |
| Plaintiff, | **UNDER SEAL** |
| v | ORDER SEALING CRIMINAL COMPLAINT |
| IMRAN AHMED MIR, | |
| Defendant. | |

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit for Imran Ahmed MIR and the Government's Request to Seal and this Court's Order in this case shall all be **SEALED** until further order of this Court.

**IT IS SO ORDERED.**

DATED: 2/3/12

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE