1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON S. HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff,            )    2:12-MJ-0034 CKD
                                )
13    v.                         )    APPLICATION AND ORDER
                                )    FOR UNSEALING COMPLAINT
14 IMRAN AHMED MIR,             )
                                )
15         Defendant.            )
   _____)
16

17     On February 3, 2012, the complaint was filed in the above-
18 referenced case.  Since the defendant has now been arrested, it is
19 no longer necessary for the complaint to be sealed.  The government
20 respectfully requests that the complaint and this case be unsealed.
21 DATED: February 13, 2012          Respectfully submitted,
22                                    BENJAMIN B. WAGNER
                                      United States Attorney
23
24                                    By:/s/ Jason S. Hitt
                                         JASON S. HITT
25                                       Assistant U.S. Attorney
26
27
28

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON S. HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12           Plaintiff,          )    2:12-MJ-0034 CKD
                                 )
13      v.                       )    ORDER
                                 )    FOR UNSEALING COMPLAINT
14  IMRAN AHMED MIR,             )
                                 )
15           Defendant.          )
    _____)
16
17       The government's request to unseal the Complaint and this case
18  is GRANTED.
19  SO ORDERED:
20  DATED: February 13, 2012
21
22
23
24                              _____
                                KENDALL J. NEWMAN
25                              UNITED STATES MAGISTRATE JUDGE
26
27
28
```