**FILED**

APR - 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2751

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Mag. No. 2:12-mj-00034 CKD
                                    )
12            Plaintiff,            )   STIPULATION AND [PROPOSED] DO
                                    )   ORDER CONTINUING
13       v.                         )   PRELIMINARY HEARING AND
                                    )   EXCLUDING TIME
14 IMRAN AHMED MIR,                 )
                                    )
15            Defendant.            )
   _____ )

16

17      IT IS HEREBY STIPULATED by and between Assistant United States

18 Attorney Jason Hitt, counsel for the plaintiff United States of

19 America, and defendant Imran Ahmed MIR, by and through his counsel

20 Douglas Beevers, Esq., that good cause exists to extend the

21 preliminary hearing currently set for April 3, 2012, at 2:00 p.m. to

22 April 9, 2012, pursuant to Federal Rule of Criminal Procedure

23 5.1(d).

24      Good cause exists to extend the time for the preliminary

25 hearing within meaning of Rule 5.1(d) because the defendant received

26 an initial production of discovery, including audio recordings and

27 visual images from the drug purchases alleged in the Criminal

28 Complaint.  The parties have resolved an issue with defense

1

1  counsel's copies of the audio and video discovery and the government
2  has provided written discovery to the defense.  The parties still
3  remain engaged in discussions about a possible pre-indictment
4  resolution that would consolidate the current Criminal Complaint and
5  an anticipated petition for violation of supervised release from the
6  Probation Office.  A pre-indictment resolution could benefit the
7  defendant by significantly reducing his possible sentencing exposure
8  in this case.  For these reasons, the defendant agrees that a
9  continuance of the preliminary hearing date will not prejudice him.
10 Counsel believe a resolution on this case will occur if additional
11 time to continue the preliminary hearing is granted.

12      The parties further stipulate that the ends of justice are
13 served by the Court excluding time from April 3, 2012, to April 9,
14 2012, so that counsel for the defendant may have reasonable time
15 necessary for effective preparation, taking into account the
16 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
17 Specifically, the defense agrees that it needs additional time to
18 continue discussions with the government regarding resolution of the
19 case against this defendant, review the discovery recently produced
20 in the case, effectively evaluate the posture of the case and
21 potentially prepare for trial, and conduct further investigation
22 into mitigation of the defendant's federal sentencing exposure in
23 this case and the forthcoming petition for violations of supervised
24 release.  Id.  For these reasons, the defendant, defense counsel,
25 and the government stipulate and agree that the ends of justice
26 / / /
27 / / /
28 / / /

2

1   outweigh the best interest of the public and the defendant in a

2   speedy trial.   18 U.S.C. § 3161(h)(7)(A); Local Code T4.

3

4   DATED: April 2, 2012                    /s/Jason Hitt

                                            JASON HITT
5                                           Assistant U.S. Attorney

6   DATED: April 2, 2012                    /s/Jason Hitt for Mr. Beevers

                                            DOUGLAS BEEVERS, ESQ.
7                                           Counsel for defendant
                                            Imran Ahmed MIR
8                                           Authorized to sign for Mr.
                                            Beevers on 04-02-12
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

O   R   D   E   R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1.    The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Mir</u>, Case No. 2:12-mj-00034 CKD, from April 3, 2012, to April 9, 2012, at 2:00 p.m., before Magistrate Judge Gregory G. Hollows, pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.    Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act shall be excluded from April 3, 2012, up to and including April 9, 2012.

**IT IS SO ORDERED.**

DATE:  _4/2/12_

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE